# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## MISC. NO. 3:06 MC 39-V

**IN RE:**            )
                      )
**DISPOSAL OF UNITED STATES AND** )
**FOREIGN PASSPORTS**    )

THIS MATTER is before the Court on request of the Chief United States Probation Officer for the Western District of North Carolina to disburse all United States and foreign passports surrendered to the Western District Clerk of Court by previous order of the Court, and currently in possession of the Western District Clerk of Court.

**IT IS ORDERED THAT** the Clerk of Court surrender the United States passports listed in the attachment to the United States Department of State, Office of Passport Policy and Advisor Services, 2100 Pennsylvania Avenue, NW, 3rd Floor, Washington, DC 20037.

**IT IS FURTHER ORDERED THAT** the Clerk of Court surrender the foreign passports listed in the attachment to the appropriate consulate as cited in the attachment.

**IT IS SO ORDERED**, this 28th day of March, 2006

Richard L. Voorhees, Chief
United States District Judge

## UNITED STATES PASSPORTS

| NAME | PASSPORT NUMBER | JUDGMENT ATTACHED |
|---|---|---|
| Michael R. Alexander | 083157595 | YES |
| James Orsen Baker | 010974981 | |
| Russell Steven Bates | 130267519 | |
| Michael Branch | 087863160 | YES |
| Donna Brewer | 043154723 | YES |
| Steven Ray Brewer | 045449523 | |
| Thomas Jeffrey Brooks | Z4823931 | |
| Scott A. Bunting | 086003338 | YES |
| Jennifer Calloway | 075048139 | YES |
| Paul Joseph Cellucci | 042791462 | YES |
| Waqas Yaqub Chaudhary | 085848191 | |
| Ryan Cooke | 052459685 | |
| Patrick Corvo | 045639454 | |
| Scott Irvin Creveling | 0418/22952 | |
| Robert James Deery | 041547489 | |
| Joseph Ernest Finateri | 046036340 | |
| Norman B. Fowler | 031203009 | |
| Frances Marie Fry | 013192135 | |
| Charles R. Groeschell | 013868776 | |
| Robert Gary Hanger | 040072961 | |
| Jose Abel Haro | 153630478 | |
| Gary Elliott Hoke | 014425618 | |
| Mark Hubbard | 083750585 | |
| David O. Hunter | 063369637 | |
| Arthur Benjamin Jacoby | 011309939 | |

| Name | ID | Flag |
|---|---|---|
| James P. Kaperonis | 0011386350 | |
| Samuel Kingsfield | 016413157 | |
| Michael Anthony Krebser | 040182664 | |
| Rufus Franklin Land | A2703359 | |
| Jon Keith Leighton | 041224791 | |
| Ray W. Linton | 016675780 | YES |
| Alfred Richard Masters | 040914415 | |
| Samuel Henry McMahon | 012512061 | |
| Stacey Leigh Monoghan | 087392937 | |
| Judy Marie Nosser | Z4587556 | |
| Peter Thomas Pistone | K3175224 | |
| John J. Rawlings | 013562723 | |
| Sharon Rene Scott | 014189203 | |
| William Joseph Smallzman | 011091663 | |
| John D. Strassini | 058420547 | YES |
| Thomas J. Sullivan, Jr. | 110123660 | |
| David Alan Taggart | 012851787 | |
| James Henry Taggart | 012851786 | |
| Lawrence M. Weinberg | K525293 | |
| Andre Yeargins | 014038179 | |
| Alexis Yusti | 086054455 | YES |
| Luis Alberto Zepeda | 083266727 | |

# FOREIGN PASSPORTS

| NAME | PASSPORT NUMBER | JUDGMENT ATTACHED | CONSULATE ADDRESS AND TELEPHONE NUMBER |
|---|---|---|---|
| Roberto Arroba | DJ52.026/180-92<br>Republic of Ecuador | YES | 2535 15th St., N.W.<br>Washington, D.C. 20009<br>Tel. 202-234-7166 |
| Manuel Brito | 3198752<br>Dominican Republic | YES | 1715 22nd St. N.W.<br>Washington, D.C. 20008<br>Tel. 202-387-2447 |
| Mario Ceciarelli | A3807826<br>Mexico | | 1911 Pennsylvania Ave., N.W.<br>Washington, D.C., 20006<br>Tel. 202-736-1000 |
| Masood Dabestani | 1321940<br>Iran | | 2209 Wisconsin Ave., N.W.<br>Washington, D.C. 20007<br>Tel. 202-965-4990 |
| Su Chon Han | LA0063212<br>Republic of Korea | | 2320 Massachusetts Ave, N.W.<br>Washington, D.C. 20008<br>Tel. 202-939-5653 |
| Sudan Khartoum | 74422<br>The Republic of the Sudan | | 1729 Wisconsin Ave., N.W.<br>Washington, D.C. 20007<br>Tel. 202-333-4735 |
| Mark Leiser | C723149<br>United Kingdom of Great Britain and Northern Ireland | YES | UK:<br>3100 Massachusetts Ave., N.W.<br>Washington, D.C. 20008<br>Tel. 202-588-7800<br>Ireland:<br>2234 Massachusetts Ave. NW<br>Washington, DC 20008<br>Tel. 202-462 3939 |
| Haissam Ahed Nashar | 1693130<br>Lebanese | YES | 2560 28th St., N.W.<br>Washington, D.C. 20008<br>Tel. 202-939-6300 |
| Haydar Sadig | A379539<br>The Republic of the Sudan | YES | 1729 Wisconsin Ave., N.W.<br>Washington, D.C. 20007<br>Tel. 202-333-4735 |
| Jung Suk Song | AN013733<br>Republic of Korea | | 2320 Massachusetts Ave, N.W.<br>Washington, D.C. 20008<br>Tel. 202-939-5653 |

| Rollette Mapleton Spencer | 054595<br>State of Antigua,<br>British Passport | | UK:<br>3100 Massachusetts Ave., N.W.<br>Washington, D.C. 20008<br>Tel. 202-588-7800<br>State of Antigua:<br>3216 New Mexico Ave., N.W.<br>Washington, D.C. 20016<br>Tel. 202-362-5122 |
|---|---|---|---|
| Sun Ja Yi | AN020446<br>Republic of Korea | | 2320 Massachusetts Ave, N.W.<br>Washington, D.C. 20008<br>Tel. 202-939-5653 |